412 A.2d 880

**COMMONWEALTH of Pennsylvania**

v.

**Richard H. DIGGS, Appellant.**

Supreme Court of Pennsylvania.

Argued March 3, 1980.

Decided April 10, 1980.

John H. Corbett, Jr., Asst. Public Defender, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Charles W. Johns, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Judgment of Sentence affirmed.